NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-690

JOSEPH VALLAIR

VERSUS

**GERY GRIFFIN AND SAFEWAY INSURANCE COMPANY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-4441-C
HONORABLE ALONZO HARRIS, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Oswald A. Decuir, Judges.

Sanders, J., dissents and would assign 50% fault to the Plaintiff.

**AFFIRMED.**

Chane P. Menard
Galloway & Jefcoat, L.L.P.
P.O. Box 61550
Lafayette, Louisiana 70596-1550
(337) 984-8020
COUNSEL FOR PLAINTIFF/APPELLEE:
    Joseph Vallair

Keith M. Borne
Borne & Wilkes, L.L.P.
200 West Congress Street, Suite 1000
P.O. Box 4305
Lafayette, Louisiana 70502-4305
(337) 232-1604
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Gery Griffin and Safeway Insurance Company of Louisiana